# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 87 WM 2016
:
Respondent   :
:
:
:
v.   :
:
:
:
CHARLES PATTERSON,   :
:
Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of September, 2016, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.